## STATE OF CONNECTICUT *v.* RUSSELL C. HUNTER
## (13358)

O'CONNELL, LAVERY and LANDAU, Js.

Argued February 14—decision released March 21, 1995

*Richard M. Marano,* for the appellant (defendant).

*Lisa Herskowitz,* deputy assistant state's attorney, with whom, on the brief, were *John Connelly,* state's

attorney, and *Maureen Keegan,* assistant state's attorney, for the appellee (state).

PER CURIAM. This case is controlled by *State* v. *Miller,* 202 Conn. 463, 522 A.2d 249 (1987), and *State* v. *Barnes,* 27 Conn. App. 713, 610 A.2d 689, cert. denied, 223 Conn. 914, 614 A.2d 826 (1992).

The judgment is affirmed.